RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Terry Smith

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TERRY SMITH,<br><br>　　　　　Defendant. | Case No. 2:24-cr-00077-GMN-MDC<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Terry Smith, that the Sentencing hearing set for April 30, 2025, at 10:00 AM, be vacated and continued to a date and time convenient to this Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. The parties are preparing an amended plea agreement in this case.

2. Defense counsel needs additional time to meet with Mr. Smith to discuss the amended plea agreement.

3. Mr. Smith is detained and consents to the continuance.

4. The parties agree to the continuance.

5. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

6. This is the second request for continuance of the sentencing hearing.

DATED: April 4, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Lauren Ibanez*<br>LAUREN IBANEZ<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRY SMITH,<br><br>Defendant. | Case No. 2:24-cr-00077-GMN-MDC<br><br>**Order** |

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for April 30, 2025, at 10:00 AM, be vacated and continued to be vacated and continued to June 27, 2025 at the hour of 9:30 a.m.

DATED this 7 day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE

3